1  Sharon C. Collier (Bar No. 203450)
   scollier@archernorris.com
2  ARCHER NORRIS
   A Professional Law Corporation
3  2033 North Main Street, Suite 800
   Walnut Creek, California  94596-3759
4  Telephone:    925.930.6600
   Facsimile:    925.930.6620
5
   Attorneys for Plaintiff/Counter-defendant
6  JOHNS MANVILLE

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOHNS MANVILLE, | Case No.  2:10-cv-02260-WBS-EFB |
| 12              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| 13     v. | |
| 14  RED RIVER WAREHOUSE, INC., and DOES 1-30, | |
| 15              Defendant. | |
| 16  RED RIVER WAREHOUSE, INC., AND RED RIVER WAREHOUSE OF CALIFORNIA, LLC, | |
| 17  | |
| 18              Counter-claimants, | |
| 19     v. | |
| 20  JOHNS MANVILLE, | |
| 21              Counter-Defendant. | |
| 22 | |

23       WHEREAS, counsel of record for Defendants/Counter-claimants RED RIVER

24  WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC filed on

25  December 23, 2010 a motion to withdraw as counsel of record;

26       WHEREAS, the parties were unable to timely meet and confer to prepare a Joint Status

27  Report that was due on January 24, 2011, given the pending motion to withdraw;

28       WHEREAS, counsel of record for Defendants/Counter-claimants RED RIVER

WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC filed on January 27, 2011 a substitution of attorneys and new counsel appeared on their behalf;

The parties hereby agree and stipulate to continue the court Scheduling Conference to **March 7, 2011**. The parties hereby further agree and stipulate that the deadline to submit a Joint Status report be continued to **February 21, 2011**.

Dated: February 1, 2011                             ARCHER NORRIS

/s/ Sharon C. Collier
Sharon C. Collier
Attorneys for Plaintiff/Counter-defendant
JOHNS MANVILLE

Dated: February 1, 2011                             GRESHAM SAVAGE NOLAN & TILDEN, PC

/s/ Eugene Kim
Eugene Kim
Attorneys for Defendants/Counter-claimants
RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

IT IS SO ORDERED

DATED: February 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE