JARED M. KATZ (SBN 173388)
jkatz@mullenlaw.com
MULLEN & HENZELL L.L.P.
Post Office Drawer 789
112 East Victoria Street
Santa Barbara, California  93102-0789
Telephone:     (805) 966-1501
Facsimile:      (805) 966-9204

Attorneys for Defendants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

EUGENE KIM (SBN 221753)
GREG G. SNARR (SBN (267217)
GRESHAM, SAVAGE, NOLAN & TILDEN
3750 University Avenue, Suite 250
Riverside, California  92502-1240
Telephone:     (909) 684-2171
Facsimile:      (909) 684-2150

Attorneys for Counter-Claimants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

SHARON C. COLLIER (SBN 203450)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California  94596-3759
Telephone:     (925) 930-6600
Facsimile:      (925) 930-6620

Attorneys for Plaintiff and Counter-defendant JOHNS MANVILLE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNS MANVILLE, | Case No. 2:10-CV-02260-WBS-EFB |
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT DISCLOSURE AND MOTION FILING DEADLINES; ORDER** |
| v. | |
| RED RIVER WAREHOUSE, INC.; and DOES 1 through 30, | FRCP 34; Local Rule 250.3 |
| Defendants. | |

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB

| | |
|---|---|
| RED RIVER WAREHOUSE, INC., AND RED RIVER WAREHOUSE OF CALIFORNIA, LLC | )<br>)<br>)<br>) |
| Counter-Claimants, | )<br>) |
| vs. | )<br>) |
| JOHNS MANVILLE, | )<br>)<br>) |
| Cross-Defendants. | )<br>)<br>) |

The parties, by and through their undersigned counsel of record, hereby stipulate to the following:

## RECITALS

WHEREAS, the Status (Pretrial Scheduling) Order provides that the parties shall disclose experts and produce reports pursuant to Federal Rule Civil Procedure 26(a)(2) by August 19, 2011, and thereafter that rebuttal experts and reports shall be disclosed by September 16, 2011;

WHEREAS, the Status (Pretrial Scheduling) Order provides that all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before October 14, 2011;

WHEREAS, counsel have been engaged in meet-and-confer discussions to cooperate on the scheduling of expert discovery and discovery that may be needed in the preparation of dispositive motions;

WHEREAS, the parties agree that continuing the expert disclosure and motion filing deadline dates will serve the purposes of cooperating, making expert disclosures more meaningful and useful, and being efficient in completing pre-trial discovery;

WHEREAS, Federal Rule of Civil Procedure 26(a)(2)(D) provides that the parties may stipulate as to the timing for expert disclosures;

WHEREAS, continuing the deadline to file a motion with the court would not interfere with the trial date and would promote the efficiency of discovery completion;

WHEREAS, there have been no previously extensions of time for expert disclosure or motion filing deadlines;

## STIPULATION

WHEREFORE, the parties hereby stipulate that the subject deadlines shall be extended and continued as follows:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than September 30, 2011;

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 28, 2011;

3. Expert-related discovery shall be completed by December 2, 2011.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before November 30, 2011.

**IT IS SO STIPULATED.**

Dated: August ___, 2011          **MULLEN & HENZELL L.L.P.**

By: _____ (signature on original)
Jared M. Katz
Attorneys for Defendants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

Dated: August ___, 2011          **GRESHAM, SAVAGE, NOLAN & TILDEN**

By: _____ (signature on original)
Eugene Kim

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB

1
2                                       Attorneys for Counter-claimants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

3 Dated: August ____, 2011     **ARCHER NORRIS**

4
5                                       By: _____signature on original_____
6                                       Sharon Collier
7                                       Attorneys for Plaintiff Counter-Defendant Johns Manville

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB

## ORDER

In light of the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the February 24, 2011 Status (Pretrial Scheduling) Order is modified as follows:[1]

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than September 30, 2011;

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 28, 2011;

3. Expert-related discovery shall be completed by December 2, 2011;

4. Motions to compel expert-related discovery must be heard not later than November 2, 2011; and

5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before November 30, 2011.

Dated:  August 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Rule 16 good cause standard is not addressed herein in light of the parties' stipulation.

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB