JARED M. KATZ (SBN 173388)
jkatz@mullenlaw.com
MULLEN & HENZELL L.L.P.
Post Office Drawer 789
112 East Victoria Street
Santa Barbara, California 93102-0789
Telephone:	(805) 966-1501
Facsimile:	(805) 966-9204

Attorneys for Defendants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

EUGENE KIM (SBN 221753)
GREG G. SNARR (SBN (267217)
GRESHAM, SAVAGE, NOLAN & TILDEN
3750 University Avenue, Suite 250
Riverside, California 92502-1240
Telephone:	(909) 684-2171
Facsimile:	(909) 684-2150

Attorneys for Counter-Claimants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

SHARON C. COLLIER (SBN 203450)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:	(925) 930-6600
Facsimile:	(925) 930-6620

Attorneys for Plaintiff and Counter-defendant JOHNS MANVILLE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNS MANVILLE, | Case No. 2:10-CV-02260-WBS-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | FRCP 41 |
| RED RIVER WAREHOUSE, INC.; and DOES 1 through 30, | |
| Defendants. | |

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB

RED RIVER WAREHOUSE, INC., AND RED RIVER WAREHOUSE OF CALIFORNIA, LLC

        Counter-Claimants,

vs.

JOHNS MANVILLE,

        Cross-Defendants.

The parties, by and through their undersigned counsel of record, hereby stipulate to the following:

1. This entire action, including the Complaint filed by Plaintiff Johns Manville and the Counter-Claim filed by Counter-Claimants Red River Warehouse, Inc. and Red River Warehouse of California, LLC, shall be hereby dismissed WITH PREJUDICE.

2. All parties will bear their own fees, costs and expenses incurred in this action.

**IT IS SO STIPULATED.**

Dated: October 14, 2011    **MULLEN & HENZELL L.L.P.**

    /s/  Jared M. Katz

By: _____
    Jared M. Katz
Attorneys for Defendants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

Dated: October 6, 2011    **GRESHAM, SAVAGE, NOLAN & TILDEN**

    /s/  Eugene Kim

By: _____
    Eugene Kim
Attorneys for Counter-claimants RED RIVER WAREHOUSE, INC. and RED RIVER WAREHOUSE OF CALIFORNIA, LLC

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB

Dated: October 13, 2011            **ARCHER NORRIS**

/s/ Sharon Collier

By: _____
Sharon Collier
Attorneys for Plaintiff and Counter-Defendant Johns Manville

<u>ORDER</u>

**IT IS SO ORDERED.**

Date: October 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Johns Manville v. Red River Warehouse, et al.*
Case No. 2:10-CV-02260-WBS-EFB